**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 CASE NUMBER:   21 C 1956

Desiree Hollis,

      v.

City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant: Ioan Boeriu.

| |
|---|
| NAME (Type or print)<br>Emily R. Bammel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Emily R. Bammel |
| FIRM<br>City of Chicago Department of Law |
| STREET ADDRESS<br>2 N. LaSalle Street, Suite 420 |
| CITY / STATE / ZIP<br>Chicago, IL 60602 |
| ID NUMBER (See item 3 in instructions)<br>6323600 |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (312) 744- 3982 | Emily.Bammel3@cityofchicago.org |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |