# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Desiree Hollis

                              Plaintiff,

v.                                                     Case No.: 1:21−cv−01956

                                                          Honorable Thomas M. Durkin

The City of Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 30, 2021:

       MINUTE entry before the Honorable Thomas M. Durkin: Second unopposed motion for extension of time to answer [15] is granted. All Defendants are to answer or otherwise plead to Plaintiff's first amended complaint by 7/22/2021. The 7/20/2021 joint status report deadline is extended to 8/5/2021. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.