**U.S. Department of Justice** | **PROCESS RECEIPT AND RETURN**
United States Marshals Service | See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DESIREE HOLLIS | 21-cv-01956 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CHICAGO POLICE OFFICER BURROW | S/C Initial Service of Process |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chicago Police Officer Burrow     (UPDATE)   Ioan Boeriu

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3510 S. Michigan, Chicago, IL, 60653

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brittany J. Shaw, Esq.
First Defense Legal Aid
601 S. California Ave
Chicago, IL 60612

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):
Hours for accepting service unknown, likely 9am-5pm, Monday through Friday.  312-746-6000

Signature of Attorney other Originator requesting service on behalf of:  [x] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 708-733-8680
DATE: 4/16/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1/2
District of Origin No.: 24
District to Serve No.: 24
Signature of Authorized USMS Deputy or Clerk: PTD
Date: 04/30/2021

I hereby certify and return that I [ ] have personally served, [x] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*):
Date: 07/06/2021
Time: 923  [x] am  [ ] pm

Address (*complete only different than shown above*):

FILED 7/6/2021 LK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS   04/30 emailed waiver 06/07 received updated corrected information on defendant. Emailed update to CPD
07/06 Per PACER, attorney appearance on 06/30

Form USM-285
Rev. 01/21