IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DESIREE HOLLIS, | ) | |
| | ) | Case No. 21 C 1956 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Thomas Durkin |
| v. | ) | |
| | ) | Mag. Judge: Hon. Jeffrey Cole |
| THE CITY OF CHICAGO and CHICAGO | ) | |
| POLICE OFFICER IOAN BOERIU | ) | |
| (#UNKNOWN), | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR
### ENTRY OF QUALIFIED HIPAA AND MHDDCA PROTECTIVE ORDER

Defendants City of Chicago, (hereinafter "Defendant City"), and Officer Ioan Boeriu (hereinafter "Defendant Boeriu"), collectively "Defendants," by and through one of their attorneys, Emily R. Bammel, Assistant Corporation Counsel, respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 26(c), 45 C.F.R. §§ 160 and 164, and 740 ILCS 110/1-17 for entry of the attached "Qualified HIPAA and MHDDCA Protective Order." In support thereof, Defendants state as follows:

1. The parties anticipate that documents pertaining to the parties and non-parties may be sought and produced in this matter. The parties anticipate production in this litigation of medical information covered by the Health Insurance Portability and Accountability Act and the Mental Health and Developmental Disabilities Confidentiality Act.

2. Medical information is protected by the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002). The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

3. Mental health information is protected by the Mental Health and Developmental Disabilities Confidentiality Act, codified at 740 ILCS 110/1-17 (2012).

4. The proposed "Qualified HIPAA and MHDDCA Protective Order," attached hereto, facilitates production of such materials for this case while prohibiting use of medical information covered by the Health Insurance Portability and Accountability Act and mental health information covered by the Mental Health and Developmental Disabilities Confidentiality Act for any purpose other than litigation of this case, prohibits their dissemination to parties outside this litigation, and requires their destruction at the end of this litigation. Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.

5. The undersigned counsel for Defendant Officers contacted Plaintiff's attorney via email and phone correspondence on July 27, 2021 in regards to the contents of this motion. Plaintiff's counsel relayed they had no objection.

6. The proposed "Qualified HIPPA and MHDDCA Protective Order" is attached as Exhibit A.

WHEREFORE, Defendants request that this Court enter the attached "Qualified HIPAA Protective Order" in this matter.

Respectfully submitted,

/s/ *Emily R. Bammel*
Assistant Corporation Counsel

Gregory Beck, Assistant Corporation Counsel Supervisor
Emily Bammel, Assistant Corporation Counsel
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312.742.3902 (Phone)
Attorney No.: 6323600
Emily.Bammel3@cityofchicago.org
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this __28th__ day of July 2021, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF QUALIFIED HIPAA / MHDDCA PROTECTIVE ORDER,** thereby, causing it to be delivered by electronic means to Plaintiff's attorney of record:

Daniel Massoglia
Brittany Shaw
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
(708) 797-3066
daniel@first-defense.org
brittany@first-defense.org

                                                  */s/ Emily R. Bammel*
                                                  Emily R. Bammel
                                                  Assistant Corporation Counsel