**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Desiree Hollis

                      Plaintiff,

v.                                              Case No.: 1:21−cv−01956
                                                    Honorable Thomas M. Durkin

The City of Chicago, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 28, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for entry of Qualified HIPAA and MHDDCA Protective Order [20] and unopposed motion for entry of Confidentiality Order [21] are granted. Enter orders. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.