# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Desiree Hollis | 21-cv-1956 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| City of Chicago, CPD Officer Roy Boffo (star # unknown) | Summons + Amended Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chicago Police Officer Roy Boffo (#Star Unknown)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Department of Police 3510 South Michigan Avenue Chicago, Illinois 60653

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel Massoglia and Ashley Rodriguez
First Defense Legal Aid
601 S. California Ave
Chicago, IL 60612

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Business hours availability likely, CPD civil process/legal affairs desk

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 336 575 6968
DATE: 9-14-21

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1/1
District of Origin No.: 24
District to Serve No.: 24
Signature of Authorized USMS Deputy or Clerk: PTD
Date: 9-14-21

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 09/15/2021
Time: 1023 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

Address (complete only different than shown above)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 65.00 | | |

REMARKS: 09/14 emailed waiver
09/15 Per Chicago Police Department they had previously received the S/C on 04/30 and had previously accepted for Officer Boeriu (Badge #2745).

**FILED 9/15/2021 JJ**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT