# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Desiree Hollis

                        Plaintiff,

v.                                                       Case No.: 1:21−cv−01956
                                                         Honorable Thomas M. Durkin

The City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [32] is granted. All Defendants are to answer or otherwise plead to Plaintiff's second amended complaint through and including twenty−one days from when Defendant Boffo is served. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.