**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | CASE NUMBER: 21 C 1956 |

Desiree Hollis,

   v.

City of Chicago, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Defendant: Roy Boffo.

| |
|---|
| NAME (Type or print) <br> Emily R. Bammel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Emily R. Bammel |
| FIRM <br> City of Chicago Department of Law |
| STREET ADDRESS <br> 2 N. LaSalle Street, Suite 420 |
| CITY / STATE / ZIP <br> Chicago, IL 60602 |
| ID NUMBER (See item 3 in instructions) <br> 6323600 |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (312) 744-3982 | Emily.Bammel3@cityofchicago.org |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐