UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Desiree Hollis

                     Plaintiff,

v.                                                            Case No.: 1:21−cv−01956
                                                        Honorable Thomas M. Durkin

The City of Chicago, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 28, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The parties have agreed to the following briefing schedule on the Motion to Dismiss for Failure to State a Claim [35]: Plaintiff's Response is due on or by 12/2/2021; Defendants' Reply is due on or by 12/23/2021. The telephone status hearing set for 11/29/2021 is vacated. A telephone status hearing is set for 2/7/2022 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.