# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Desiree Hollis

                       Plaintiff,

v.                                                Case No.: 1:21−cv−01956

                                                Honorable Thomas M. Durkin

The City of Chicago, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 16, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Joint Motion to Strike Discovery Deadline and to Stay Discovery [43] is granted. The current fact discovery deadline set for 3/19/2022 is stricken. Discovery is stayed pending the resolution of the Defendants' Motion to Dismiss. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.