IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DESIREE HOLLIS,<br>    Plaintiff,<br>  v.<br>THE CITY OF CHICAGO and CHICAGO POLICE OFFICER ROY BOFFO (# unknown),<br>    Defendants. | Case No: 21-cv-1956<br><br>Judge: Hon. Thomas Durkin<br><br>Mag. Judge: Hon. Jeffrey Cole<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL

Plaintiff Desiree Hollis, by and through her undersigned counsel at First Defense Legal Aid, submits the following Motion to File Exhibits Under Seal, stating in support as follows:

1. On October 8, 2022, Plaintiff filed two motions, one for leave to file a third amended complaint, and one for alteration or amendment of judgment. Dkt. 49-50.

2. The contents of these motions reference exhibits produced in discovery subject to a Confidentiality Order entered by the Court, Dkt. 24.

3. Counsel for Plaintiff inquired to counsel for Defendants' on May 3, 2022 regarding the removal of confidentiality designation from these documents so that they could be publicly filed, and Defendants' counsel indicated that these materials should be filed under seal.

4. Plaintiff Hollis now respectfully requests that these exhibits be filed under seal due to the protective order in effect in this matter and Defendants' declining to remove confidentiality designations.

5. Under Federal Rule of Civil Procedure 5.2(d), "The court may order that a filing be made under seal without redaction."

6. Defendants will not be prejudiced by this motion because they are in possession of the proposed sealed exhibits as they are the parties who produced these records in their initial disclosures in this matter, and further have instructed Plaintiff to file these documents under seal.

7. Accordingly, Plaintiff respectfully requests this Court to grant her motion to file the exhibits under seal.

Respectfully submitted,

/s/ Daniel E. Massoglia

*One of Plaintiff's Attorneys*

Daniel Massoglia (#6317393)
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org

**CERTIFICATE OF SERVICE**

I, Daniel Massoglia, hereby certify that I have caused this document to be served on all counsel of record on May 8, 2022 by filing it with the Clerk's CM/ECF system, which generates electronic notice to parties.

Respectfully submitted,

/s/ Daniel E. Massoglia

*One of Plaintiff's Attorneys*

Daniel Massoglia (#6317393)
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org